CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date:  September 8, 2016<br>Time:  2:00 P.M.<br>Courtroom: 2, 15th Floor<br>Judge:  Hon. Troy L. Nunley |

NOTICE IS HEREBY GIVEN that on September 8, 2016, at 2:00 P.M. or as soon thereafter as counsel may be heard in Courtroom 2 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, defendants City of Vallejo and Mathew Mustard will and hereby do move to dismiss the Second, Fifth, and Sixth Causes of Action of the Complaint against them, and defendant Kenny Park will and hereby does move to dismiss all claims against

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 2:16-cv-00603 TLN EFB

1

him, and therefore the Complaint in its entirety with respect to him, for failure to state a claim upon which relief can be granted.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Request for Judicial Notice, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATE: July 22, 2016    CREGGER & CHALFANT LLP


/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 2:16-cv-00603 TLN EFB

2