CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>**DEFENDANTS' NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE THE SECOND AND FIFTH CAUSES OF ACTION OF THE COMPLAINT**<br><br>Cal. Code Civ. Proc. § 425.16<br><br>Date: September 8, 2016<br>Time: 2:00 P.M.<br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |

NOTICE IS HEREBY GIVEN that on September 8, 2016, at 2:00 P.M. or as soon thereafter as counsel may be heard in Courtroom 2 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, defendants City of Vallejo, Mathew Mustard, and Kenny

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF SPECIAL MOTION AND SPECIAL
MOTION TO STRIKE
Case No. 2:16-cv-00603 TLN EFB

1

Park will and hereby do move to strike plaintiff Denise Huskins and Aaron Quinn's Second Cause of Action (state-law defamation) and plaintiff Huskins' Fifth Cause of Action (intentional infliction of emotional distress), and to recover their attorneys' fees and costs, pursuant to California Code of Civil Procedure section 425.16.

    This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Request for Judicial Notice, the supporting declarations of Mathew Mustard, Kenny Park, and James O'Connell, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATE: July 22, 2016                    CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE
Case No. 2:16-cv-00603 TLN EFB

2