CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>**DECLARATION OF JAMES O'CONNELL IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE THE SECOND AND FIFTH CAUSES OF ACTION**<br><br>Cal. Code Civ. Proc. § 425.16<br><br>Date: September 8, 2016<br>Time: 2:00 P.M.<br>Courtroom 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |

I, JAMES O'CONNELL, declare as follows:

1. I retired as a Captain from the Vallejo Police Department on April 3, 2015, with over 22 years of service. Prior to joining the Vallejo Police Department, I worked as a police

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

DECLARATION OF JAMES O'CONNELL ISO DEF.S'
SPECIAL MOTION TO STRIKE         1
Case No. 2:16-cv-00603 TLN EFB

1. officer for the Mill Valley Police Department for over 5 years.

2. As a Captain with the Vallejo Police Department in March 2015, I supervised the investigation of the reported kidnapping of Denise Huskins. Huskins was reportedly abducted by a stranger from a residence on Mare Island within the City of Vallejo. One of my duties as the investigation supervisor was to determine, sometimes in consultation with Police Chief Andrew Bidou, what information regarding the investigation should be disclosed to the public via press releases and news conferences.

3. Lieutenant Kenny Park served as the Public Information Officer in the Huskins case. Once we determined what investigative information to share with the public, I would discuss with Lt. Park what information to disclose to the public via press releases and press conferences.

4. The Vallejo police took the Huskins investigation very seriously. A woman was missing. We engaged in a full-court press, directing as many resources as we could towards finding her, including assistance from the FBI, the Solano County Office of Emergency Services, the Solano County District Attorney's Office, the California Department of Justice, and other law enforcement agencies.

5. The reported kidnapping instilled great fear within the Vallejo community. Our department received multiple calls from members of the public, expressing concern that they were in danger, and asking us what they should do. The Mare Island community in particular was tremendously on edge, as the reported kidnapping followed a string of burglaries in the area.

6. On March 25, 2015, Vallejo investigators learned that Ms. Huskins had reappeared near her mother's home in Huntington Beach, California. Her reappearance in that location was unexpected following a forcible kidnapping from Vallejo. She had luggage and was wearing sunglasses. She also did not act like a kidnapping victim. For example, she did not want to speak with police. She did not want to return to Vallejo, where she resided and where her family had gathered while she was missing. Instead, Ms. Huskins wanted to speak with an attorney.

7. Based on the information available to Vallejo police by the evening of March 25, 2015, investigators were unable to determine that a kidnapping had occurred. Rather, the

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF JAMES O'CONNELL ISO DEF.S'
SPECIAL MOTION TO STRIKE    2
Case No. 2:16-cv-00603 TLN EFB

information available at the time suggested that Ms. Huskins' disappearance and reappearance had been an orchestrated event, not the kidnapping that had been reported.

8. I consulted with Chief Bidou. In light of the new developments in the case, we wanted to comfort the Vallejo community by disclosing that our investigation had thus far determined that the community had nothing to fear. I then authorized Lt. Park to convey to the public via press conference, scheduled for 9:30 p.m. on March 25, 2015, that the investigation had been unable to conclude that a kidnapping had occurred, and that we now suspected that Ms. Huskins' disappearance appeared, at that time, to be an orchestrated event rather than an abduction by a stranger.

9. I have personal knowledge of the matters related above, and if called upon, could competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July __19__, 2016, at _____Merced County_____, California.

JAMES O'CONNELL

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF JAMES O'CONNELL ISO DEF.S'
SPECIAL MOTION TO STRIKE
Case No. 2:16-cv-00603 TLN EFB

3