CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>**DECLARATION OF KENNY PARK IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE THE SECOND AND FIFTH CAUSES OF ACTION**<br><br>Cal. Code Civ. Proc. § 425.16<br><br>Date: September 8, 2016<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Troy L. Nunley |

I, KENNY PARK, declare as follows:

1. I am a named defendant in this case.

2. I am employed as a lieutenant in the police department of the City of Vallejo. I

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF KENNY PARK ISO DEF.S'
SPECIAL MOTION TO STRIKE
Case No. 2:16-cv-00603 TLN EFB

1

1  was promoted to lieutenant in 2009. I have twenty-five years of law enforcement experience working first for the San Francisco Police Department, then for the Vallejo Police Department.

3. I was employed as a lieutenant in the City of Vallejo Police Department in March 2015, when Aaron Quinn reported that his girlfriend, Denise Huskins, had been kidnapped in the middle of the night from his home on Mare Island, within the City of Vallejo. At the time, I was the Administrative Support Services Division Commander, where I oversaw the Records Unit and the Information Technology Unit, and served as the Training Manager and the Public Information Officer.

4. As the Public Information Officer, I served as the liaison between the Vallejo Police Department and the public. I communicated information of interest to the public through media sources by preparing press releases and appearing for on-camera interviews. During the Huskins kidnapping investigation, I prepared press releases and appeared on camera to share information with the public, to request help from the public, and to update the public on the progress of the investigation.

5. The Vallejo Police Department uses a program called Constant Contact to issue press releases. Through this program, press releases issued by the department are disseminated to a list of media outlets, including the local television networks and print media. We also post the press releases on our mobile phone app and our webpage.

6. I issued the Vallejo Police Department's first press release on the Huskins case on March 23, 2015. The press release advised the public of the reported forcible kidnapping for ransom, and asked the public for help in locating the victim, Denise Huskins, and a missing Toyota Camry that was also taken from the home. The press release included a license plate number for and description of the missing vehicle, as well as photographs of the victim and the vehicle.

7. The press release generated an overwhelming media response. Within an hour or two, I began to receive phone calls from the media. Within half a day, news trucks were congregating outside the police station. To my recollection, there were six to ten news trucks parked there. Some of the trucks remained parked outside the police station 24 hours per day. I

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF KENNY PARK ISO DEF.S'
SPECIAL MOTION TO STRIKE
Case No. 2:16-cv-00603 TLN EFB

2

recall news trucks from the Bay Area television stations Channel 2, Channel 4, Channel 5, Channel 7, the Spanish language station Univision, and the Sacramento station Channel 3. There were also newspaper reporters from the *San Francisco Chronicle*, the *Vallejo Times-Herald*, and Fairfield's *Daily Republic*.

8. The case raised significant public safety concerns in the City of Vallejo, particular within the community of Mare Island. The Vallejo Police Department continued to issue press release updates over the next couple of days. I prepared most of these press releases.

9. I obtained the information contained in my press releases from internal team meetings with the case investigators. I would then consult with Captain Jim O'Connell, who oversaw the investigation and who would instruct me, sometimes in consultation with Police Chief Andrew Bidou, on which information to disseminate publicly, and which information to withhold.

10. The Vallejo Police Department responded to the reported kidnapping by launching a full-scale effort to locate Ms. Huskins. Within the first day, in addition to seeking the public's help, we requested and received the assistance of the FBI and the search teams of the Solano County Office of Emergency Services.

11. By the second day, we had requested and received additional assistance from the Solano County District Attorney's Office, the California Department of Justice, and the Alameda County Sheriff's Office. Over 40 detectives and 100 support personnel assisted in the investigation, including sonar and dive teams.

12. On March 25, 2015, we learned that Ms. Huskins had reappeared in Huntington Beach, California. We offered to fly her to Vallejo to meet with detectives. She did not want to speak with police, and retained an attorney.

13. On instructions from Captain O'Connell and Chief Bidou, I issued a press release update to disclose these latest developments and to announce that I would be holding a press conference later that evening. Attached as **Exhibit A** hereto is a true and correct copy of this press release of March 25, 2015.

14. At about 9:30 p.m. on March 25, 2015, I held the press conference. During this

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF KENNY PARK ISO DEF.S'
SPECIAL MOTION TO STRIKE
Case No. 2:16-cv-00603 TLN EFB

3

1  press conference, I informed the public that our investigation had been unable to substantiate Mr. Quinn's claims, and that we no longer believed that a kidnapping had occurred.

15. I have personal knowledge of the matters described above, and if called upon, could competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2016, and Vallejo, California.

KENNY PARK

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF KENNY PARK ISO DEF.S'
SPECIAL MOTION TO STRIKE                4
Case No. 2:16-cv-00603 TLN EFB

# EXHIBIT A

Having trouble viewing this email?Click here





# Vallejo Police
**Press Release**

**Lt. Kenny Park**

**Press Information Officer**

## Kidnap for Ransom

As reported earlier today, Denise Huskins was located in the City of Huntington Beach CA at approximately 10:30 am today's date. She spoke briefly with an officer of the Huntington Beach PD. There was some initial indication that she would be cooperative and speak with investigators from the Vallejo Police Department.  Through family members, Ms. Huskins promised to meet with Vallejo Police Detectives and provide additional details. Vallejo Detectives and the FBI subsequently arranged for a jet to bring her to Northern California for an interview. As of this moment, Detectives have been unable to contact either Ms. Huskins or family members. Ms. Huskins has since retained an attorney and Detectives are unaware of her location.

Since the inception of this investigation on Monday, March 23, 2015, The Vallejo Police Department has requested and received the assistance of multiple law enforcement agencies at the local, state and federal levels. At any given time, over 40 Detectives and over 100 support personnel have been searching for and investigating the disappearance of Ms. Huskins in hopes of securing her safe return.

The Investigation will continue to look at any and all evidence. The Vallejo Police Department would like to thank all of those agencies and volunteers who have come out to assist in the search. If evidence indicates that either Ms. Huskins or Mr. Quinn have committed a criminal act, the Vallejo Police Department will request either state or federal charges. The Vallejo Police Department would like to ensure the public that there is no indication that this was a random act of violence.

Today, there is no evidence to support the claims that this was a stranger abduction or an abduction at all. Given the facts that have been presented thus far, this event appears to be an orchestrated event and not a kidnapping.


**Lt. Kenny Park will hold a press conference at the Vallejo Police Department at 9:30 pm on Wednesday, March 25, 2015.




*Media can contact the Vallejo PD at 707-651-7147.*

*Citizens can provide information to the Vallejo PD at 800-488-9383.*

*Citizens can also provide information anonymously to the Solano Crime Stoppers™ tip line 707-644-STOP.  Solano Crime Stoppers™ offers cash rewards for phone tips that solve violent and/or serious crimes.*

**Link to Vallejo PD.**

To report issues with this e-mail, please follow the Contact Us link located on the City of Vallejo.