JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
KEVIN B. CLUNE (248681)
clune@kerrwagstaffe.com
KENNETH P. NABITY (287927)
nabity@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs
DENISE HUSKINS and AARON QUINN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603-TLN-EF<br><br>**DECLARATION OF JANE HUSKINS**<br><br>Date: September 8, 2016<br>Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |

I, Jane Huskins make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth below.

1. I am the mother of Denise Huskins and I reside in Huntington Beach, California.

2. On March 23, 2015, I received a voicemail on my cell phone from Detective Terry Poyser of the Vallejo Police Department ("VPD"), telling me to call him. I did, and he told me that my daughter had been kidnapped by force. He told me that I should "think the best but expect the worst," implying to me that Denise might be grievously injured, sexually assaulted, or even murdered. The police said that they had Aaron at the police station and that Aaron's story was "really bizarre" and that they did not believe him.

3. The following day, on March 24, 2015, Denise's father called me and told me that the police had received an audio recording that might demonstrate that Denise was alive but still in the hands of her captors. I was told that I should come from Huntington Beach, where I was located at the time, to Vallejo so that I could review the tape to help the police find Denise.

4. In response, I traveled by airplane to Northern California with my son Devin and went to the Vallejo Police Department.

5. There, Devin and I were escorted to a small, crowded room in the police station, where leftover pizza containers had been left lying around.

6. Detective Poyser asked me questions about Denise. I particularly remember him asking me about whether Denise had ever had anything else bad happen to her other than this kidnapping—anything at all. Although I did not think it was relevant, I mentioned that Denise had been sexually molested many years beforehand, when Denise was 10. I noted that that had been an incredibly traumatic event for Denise, but that I did not think it had anything to do with her disappearance here.

7. Detective Poyser also asked whether Denise was technologically savvy. Although I did not know why he was asking this question, I said that Denise is about as far from

a tech savvy person as they come.

8. At some point in time, Detective Mustard came into the room. He was chewing tobacco, and spitting into a disposable cup. From the beginning, his tone of voice, the fact that he was chewing tobacco and spitting the residue into a dirty cup with his saliva, and the generally casual demeanor he expressed was surprising to me, especially given the very serious subjects we were talking about concerning my daughter's abduction.

9. As he continued spitting into the tobacco cup, Detective Mustard said in a very matter-of-fact (and unsympathetic) tone of voice words to the effect of: we have listened to Aaron, he's told us a bizarre story, and we don't believe him.

10. I had no reason to suspect that Aaron was lying, and nothing VPD had told me about Aaron suggested otherwise to me. Nevertheless, Detective Mustard repeatedly stated that they did not believe Aaron was telling the truth.

11. Detective Mustard suggested that the case was so unbelievable, that it sounded like the movie "Gone Girl." He suggested that we should watch the movie "Gone Girl" to help explain what was happening here.

12. I was surprised that a police officer was so casual in talking with the mother of a forcefully abducted kidnapping victim who was still missing, and that he would suggest that I should watch a work of pure fiction to somehow explain the terrible things that were occurring to my daughter in real life.

13. Detective Mustard then said that Detective Poyser had told him "confidentially" what I had told Detective Poyser about Denise being molested. Detective Mustard then said something I will never forget. He said that "it has been known that" people who have been molested as a child often want to "re-live" the thrill of that experience, and said that there were two options: either Aaron had murdered Denise or that Denise was trying to re-live the thrill of her prior molestation.

14. I found it jaw dropping that Detective Mustard had just implied that my daughter was not really kidnapped, but was instead trying to "re-live" one of the most horrible experiences of her young life.

15. Detective Mustard's statements made me very angry. I did not respond directly to them, but instead immediately pointed to his dirty tobacco cup and said "that's a really bad habit." My son Devin, who was also in the room, told Detective Mustard that I was a dental hygienist, and Detective Mustard responded with body language suggested that he was embarrassed, and he said "yeah, I know."

16. Afterwards, Detective Poyser walked Devin and I to the parking lot. As he was doing that, he told us that "in five years" he would love to tell us everything he knew about the case. I was puzzled by his statement because it suggested to me that he knew that something improper was happening. But Detective Poyser was unwilling to clarify the situation any further.

17. The next day, on March 25, 2015, I learned that Denise had been found alive in Huntington Beach. The relief I felt at her being found was so great that it is hard to express in words. When I first heard that she was alive, I still did not know what condition she was in and, in particular, what the extent of her physical or psychological injuries were.

18. I knew that we had many family members nearby in Huntington Beach. I called several of those family members to make sure that someone was nearby who could help and support her, particularly because I was still located in Vallejo. I let them know about how the police had been acting, and suggested, given their attacks on Aaron and Denise, that she should have someone familiar with the legal system, like her cousin Nick Huskins, who could help her through this process.

19. At approximately 11:30 that same morning (March 25), I got a call from Detective Mustard, asking me to come down to the Vallejo Police Station. I did, and arrived at approximately 12:00 p.m. Neither Detective Mustard nor any other police officer expressed

KERR
&
WAGSTAFFE
LLP

statements of joy or relief to me about the fact that Denise had been found alive.

20. Detective Mustard then immediately began accusing Denise of lying about her abduction. He said that the police were going to offer either Aaron or Denise amnesty, but not both, and that whoever showed up first in Vallejo and talked to them would get amnesty and the other would be criminally prosecuted.

21. I was shocked at what Detective Mustard said to me. I told Detective Mustard that Denise desperately wanted the help of the police, and that she was on her way to Vallejo. I said that nothing I knew about Denise or Aaron would ever suggest that they would not be cooperative with the police, much less that they would ever make something like this up.

22. Detective Mustard was very curt with me, and again stated that he did not believe Denise was telling the truth. I was outraged at his conduct because, to the best of my knowledge, he had not even talked to Denise yet.

23. I called Denise and relayed what Detective Mustard had said. Denise sounded even more pained and dismayed than she already was. She said that she was coming up to Vallejo, and that her cousin Nick was helping her figure out what to do.

24. Before she could even arrive, Vallejo gave a press conference, which I witnessed. In that press conference, the police attacked Denise and Aaron, accusing them of "orchestrating" their kidnapping.

25. I was shocked and amazed that the police would attack my daughter and Aaron like that, particularly so soon after her kidnapping, and without ever speaking to her.

26. I have seen firsthand how this incident has destroyed my daughter's life and reputation. Since the incident, I have had many clients, friends, and acquaintances who have come up to me and asked if she was "really" kidnapped and suggested she might be lying.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

KERR
&
WAGSTAFFE
LLP

1  Executed in Huntington Beach, California on August 24, 2016

*Jane Huskins*
JANE HUSKINS
(Jane Remmzele)
married 4/2/2014