JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
KEVIN B. CLUNE (248681)
clune@kerrwagstaffe.com
KENNETH P. NABITY (287927)
nabity@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs
DENISE HUSKINS and AARON QUINN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603-TLN-EF<br><br>**PLAINTIFFS' NOTICE OF LODGING OF DVD**<br><br>Date: September 8, 2016<br>Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice Plaintiffs are concurrently lodging Exhibit C to the Declaration of Kevin Clune in support of their opposition to defendants' special motion to strike the second and fifth causes of action.  The document is a DVD containing a video that can be downloaded online from the following location as of the date of this notice: http://abc7news.com/news/raw-video-vallejo-pd-believes-womans-kidnap-report-was-hoax/573559/.

Date:  August 25, 2016                **KERR & WAGSTAFFE LLP**

By:  /s/ Kevin B. Clune
     KEVIN B. CLUNE

Attorneys for Plaintiffs
DENISE HUSKINS and AARON QUINN