JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
KEVIN B. CLUNE (248681)
clune@kerrwagstaffe.com
KENNETH P. NABITY (287927)
nabity@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs
DENISE HUSKINS and AARON QUINN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>  Defendants. | Case No. 2:16-cv-00603-TLN-EFB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO ISSUE TWO SEPARATE FRCP 30(B)(6) NOTICES**<br><br>Date: December 28, 2016<br>Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor<br>Judge: Hon Edmund F. Brennan |

Case No. 2:16-cv-00603-TLN-EFB    PLS.' NOTICE OF MOT. AND MOT. FOR LEAVE OF COURT TO ISSUE TWO SEPARATE FRCP 30(B)(6) NOTICES

KERR
—— & ——
WAGSTAFFE
LLP

## NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO ISSUE TWO SEPARATE FRCP 30(B)(6) NOTICES

PLEASE TAKE NOTICE that on December 28, 2016 at 10:00 a.m., or as otherwise set by the Court, this matter will be heard in Courtroom 8 on the 13th floor of the above-entitled Court, located at 501 I Street in Sacramento, California before the Honorable Edmund F. Brennan.

At that time, Plaintiffs Denise Huskins and Aaron Quinn will, and hereby do, move the Court for an order granting Plaintiffs leave of Court to be allowed to notice two separate Federal Rule of Civil Procedure 30(b)(6) depositions of Defendant City of Vallejo. In particular, Plaintiffs seek to be able to propound one 30(b)(6) notice now as to issues related to document preservation and identification in discovery, without waiving or forfeiting their right to be able to propound a more substantive 30(b)(6) notice to the City of Vallejo later on.

This motion is based on this Notice and Motion, the Joint Statement Regarding Discovery Disagreement that will be filed no later than seven days in advance of the hearing, the pleadings on file, and on any such other evidence or argument as may be submitted at or before the hearing of this Motion.

Date: November 28, 2016      **KERR & WAGSTAFFE LLP**

By: /s/ Kevin B. Clune
KEVIN B. CLUNE

Attorneys for Plaintiffs
DENISE HUSKINS and AARON QUINN