CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS TO PROVIDE A COMPUTATION OF DAMAGES IN THEIR INITIAL DISCLOSURES**<br><br>Date:  Dec. 28, 2016<br>Time:  10:00 a.m.<br>Courtroom:  8, 13th Floor<br>Judge:  Hon. Edmund F. Brennan |

NOTICE IS HEREBY GIVEN that on December 28, 2016, at 10:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, defendants CITY OF VALLEJO, KENNY PARK, and MATHEW MUSTARD will and hereby do move this Court to compel plaintiffs DENISE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

DEF.S' NOTICE OF MOTION AND MOTION TO COMPEL COMPUTATION OF DAMAGES IN INITIAL DISCLOSURES
Case No. 2:16-cv-00603 TLN EFB

1

HUSKINS and AARON QUINN to provide a computation of damages in their Rule 26(a) initial disclosures. Fed. R. Civ. P. 37(a)(1).

This motion will be based on the Notice of Motion and Motion, the Joint Statement re: Discovery Disagreement Pertaining To Plaintiffs' Initial Disclosures to be subsequently filed by the parties, the Declaration of Wendy Motooka in support of the Joint Statement, the arguments of counsel, and the pleadings and papers filed in this action.

DATE: December 7, 2016     CREGGER & CHALFANT LLP

/s/ Wendy Motooka
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DEF.S' NOTICE OF MOTION AND MOTION TO COMPEL COMPUTATION OF DAMAGES IN INITIAL DISCLOSURES
Case No. 2:16-cv-00603 TLN EFB

2