CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN, | Case No. 2:16-cv-00603 TLN EFB |
| Plaintiffs, | |
| vs. | **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PLAINTIFFS TO PROVIDE A COMPUTATION OF DAMAGES** |
| CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25, | |
| Defendants. | Date: January 18, 2017<br>Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor<br>Judge: Hon. Edmund F. Brennan |

TO PLAINTIFFS, THEIR ATTORNEYS OF RECORD, AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE THAT defendants and plaintiffs believe that they have resolved the discovery disagreement at issue in defendants' motion to compel plaintiffs to provide a

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
Case No. 2:16-cv-00603 TLN EFB

1

computation of damages. Consequently, defendants hereby withdraw their motion to compel a computation of damages, without prejudice, presently set for January 18, 2017.

DATE: January 11, 2017          CREGGER & CHALFANT LLP


/s/ Wendy Motooka
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
Case No. 2:16-cv-00603 TLN EFB

2