UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN, | No. 2:16-cv-603-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25, | |
| Defendants. | |

The case was before the court on January 18, 2016, for hearing on plaintiffs' motion for leave to notice two separate depositions pursuant to Federal Rule of Civil Procedure 30(b)(6) directed at defendant City of Vallejo. ECF No. 22. Attorney Brady Dewar appeared on behalf of plaintiffs; Assistant City Attorney Wendy Motooka appeared on behalf of the City of Vallejo.

For the reasons stated on the record, plaintiffs' motion is granted. Plaintiffs may depose the City of Vallejo's person or persons most knowledgeable on the topics detailed in the notice of deposition filed as Exhibit H to the Declaration of Kevin Clune. *See* ECF No. 27-1 at 47-50. Completing that initial deposition will not preclude plaintiffs from noticing a second deposition covering other topics.

So Ordered.

DATED: January 20, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE