CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT CITY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF QUINN (SET ONE) AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF HUSKINS (SET ONE)**<br><br>Date: April 5, 2017<br>Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor<br>Judge: Hon. Edmund F. Brennan |

NOTICE IS HEREBY GIVEN that on April 5, 2017, at 10:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 501 I Street, Sacramento, California,

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DEF.S' NOTICE OF MOTION AND MOTION TO
COMPEL FURTHER RESPONSES TO RFPs    1
Case No. 2:16-cv-00603 TLN EFB

95814, defendants CITY OF VALLEJO, KENNY PARK, and MATHEW MUSTARD will and hereby do move this Court to compel plaintiff DENISE HUSKINS to provide a further response to the City's Request for Production of Documents to Huskins (Set One), and to compel plaintiff AARON QUINN to provide a further response to the City's Request for Production Documents to Quinn (Set One).  Fed. R. Civ. P. 37(a).

This motion will be based on the Notice of Motion and Motion, the Joint Statement re: Discovery Disagreement (City's Request for Production of Documents to Quinn (Set One) and Request for Production of Documents to Huskins (Set One)) to be subsequently filed by the parties, the Declaration of Wendy Motooka in support of the Joint Statement, the arguments of counsel, and the pleadings and papers filed in this action.

DATE: March 9, 2017                    CREGGER & CHALFANT LLP

/s/ Wendy Motooka
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

DEF.S' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO RFPs
Case No. 2:16-cv-00603 TLN EFB

2