1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email: rlc@creggerlaw.com
   WENDY MOTOOKA, SBN 233589
3  Email: wm@creggerlaw.com
   701 University Avenue, Suite 110
4  Sacramento, CA 95825
   Telephone: 916.443-4443
5

6  CLAUDIA M. QUINTANA, SBN 178613
   City Attorney
7  KELLY J. TRUJILLO, SBN 244286
   Assistant City Attorney
8  Email: Kelly.Trujillo@cityofvallejo.net
   City of Vallejo, City Hall
9  555 Santa Clara Street
   Vallejo, CA 94590
10 Telephone: 707.648-4545

11 Attorneys for Defendants CITY OF VALLEJO,
   KENNY PARK, MATHEW MUSTARD
12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  DENISE HUSKINS and AARON QUINN, | Case No. 2:16-cv-00603 TLN EFB |
| 17           Plaintiffs, | |
| 18      vs. | **NOTICE OF LODGING DVD FOR *IN CAMERA* INSPECTION RE DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT CITY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF QUINN (SET ONE) AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF HUSKINS (SET ONE)** |
| 19  CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, | |
| 20  and DOES 1-25, | |
| 21           Defendants. | |
| 22  | |
| 23  | Date: April 5, 2017 |
| 24  | Time: 10:00 a.m. |
|     | Courtroom: 8, 13th Floor |
| 25  | Judge: Hon. Edmund F. Brennan |
| 26  | |

27       PLEASE TAKE NOTICE that the attached DVD disc containing Plaintiffs' First, Second,
28
CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

DEF.S' NOTICE OF LODGING DVD FOR *IN CAMERA* INSPECTION RE MOTION TO COMPEL FURTHER RESPONSES TO RFPs
Case No. 2:16-cv-00603 TLN EFB

1

and Third Productions is being lodged with the Court should the Court wish to review them *in camera*.

DATE: March 29, 2017                    CREGGER & CHALFANT LLP


                                        /s/ Wendy Motooka
                                        ROBERT L. CHALFANT
                                        WENDY MOTOOKA
                                        Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

DEF.S' NOTICE OF LODGING DVD FOR *IN CAMERA* INSPECTION RE MOTION TO COMPEL FURTHER RESPONSES TO RFPs
Case No. 2:16-cv-00603 TLN EFB

2

