CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DISCOVERY DISAGREEMENT RE: CITY'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF QUINN (SET ONE) AND TO PLAINTIFF HUSKINS (SET ONE)<br><br>Date: April 5, 2017<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Edmund F. Brennan |

NOTICE IS HEREBY GIVEN that defendants CITY OF VALLEJO, KENNY PARK, and MATHEW MUSTARD will and hereby do request to seal DHAQ 2412 and 3121, to be attached as Exhibit P to the Declaration of Wendy Motooka in Support of Joint Statement RE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

NOTICE OF REQUEST AND REQUEST TO SEAL
DOCUMENTS
Case No. 2:16-cv-00603 TLN EFB

1

Discovery Disagreement (City's Request for Production of Documents to Quinn (Set One) and Request for Production of Documents to Huskins (Set One)). A copy of Exhibit P is attached to this notice of request and request.

The basis for the request to seal is the Section 12.3 of the Stipulated Protective Order entered in this case on October 27, 2016. ECF No. 21. Support for this request shall be provided by plaintiffs within three court days.

This notice of request and request to seal documents, the attached Exhibit P, and a proposed order, will be provided to the Court via email to the Court's proposed orders email box. These documents will also be emailed to plaintiffs' counsel and served on plaintiff's counsel via overnight delivery.

DATE: March 28, 2017

CREGGER & CHALFANT LLP

/s/ Wendy Motooka
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS
Case No. 2:16-cv-00603 TLN EFB

2

# PROOF OF SERVICE

**CASE:** Denise Huskins, et al. v. City of Vallejo, et al.
**NO.:** U.S. District Court, Eastern District of California, No. 2:16-cv-00603 TLN EFB

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 701 University Avenue, Suite 110, Sacramento, CA 95825.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DISCOVERY DISAGREEMENT RE: CITY'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF QUINN (SET ONE) AND TO PLAINTIFF HUSKINS (SET ONE)** on all parties in said action as addressed below by causing a true copy thereof to be:

__ **placed in a sealed envelope** with first class postage thereon fully prepaid in a designated area for outgoing mail;

__ **delivered by hand**;

__ **telecopied by facsimile**;

_x_ **express mailed by FedEx for overnight delivery**;

_x_ **transmitted electronically** to the email addresses listed below.

<u>Attorneys for Plaintiffs</u>
James M. Wagstaffe
Kevin B. Clune
Kenneth P. Nabity
KERR & WAGSTAFFE, LLP
101 Mission Street, 18th Flr.
San Francisco, CA 94105-1727
Telephone:   (415) 371-8500
Fax:         (415) 371-0500
Emails:      wagstaffe@kerrwagstaffe.com
             clune@kerrwagstaffe.com
             nabity@kerrwagstaffe.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this March 28, 2017 at Sacramento, California.

/s/ Beverly J. Murch
Beverly J. Murch

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS
Case No. 2:16-cv-00603 TLN EFB

3

**Declaration of WendyMotooka In Support Of
Joint Statement Re Discovery Disagreement**

# EXHIBIT P

# DHAQ 2412 and 3121
**Filed Under Seal**