1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENISE HUSKINS and AARON QUINN,        No.  2:16-cv-603-TLN-EFB

12              Plaintiffs,

13        v.                                 ORDER AFTER HEARING

14   CITY OF VALLEJO, a public entity,
     KENNY PARK, MATHEW MUSTARD,
15   and DOES 1-25,

16              Defendants.

17

18        This case was before the court on April 5, 2017, for hearing on defendants' motion to

19   compel further responses to requests for production of documents (ECF No. 30) and request to

20   seal documents (ECF No. 33).  Assistant City Attorney Wendy Motooka appeared on behalf of

21   defendants; Attorney Brady Dewar appeared on behalf of plaintiffs.

22        For the reasons stated on the record, defendants' request to seal is denied as unnecessary

23   and the motion to compel is granted in part and denied in part as follows:

24        1.  Within 14 days of this order, plaintiffs shall designate which documents are responsive

25   to each set of request for production of documents served on plaintiffs.  To the extent possible,

26   plaintiffs shall also designate which documents are responsive to requests concerning plaintiffs'

27   damages.

28   /////

                                              1

2. Defendants' request to compel unredacted copies of documents is denied without prejudice due to the parties' failure to sufficiently meet and confer regarding this issue. *See* E.D. Cal. L.R. 251(b).

3. The motion is denied in all other respects.

DATED: April 11, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE