1    CREGGER & CHALFANT LLP
     ROBERT L. CHALFANT, SBN 203051
2    Email:  rlc@creggerlaw.com
     WENDY MOTOOKA, SBN 233589
3    Email:  wm@creggerlaw.com
     701 University Avenue, Suite 110
4    Sacramento, CA 95825
     Telephone: 916.443-4443
5

6    CLAUDIA M. QUINTANA, SBN 178613
     City Attorney
7    KELLY J. TRUJILLO, SBN 244286
     Assistant City Attorney
8    Email:  Kelly.Trujillo@cityofvallejo.net
     City of Vallejo, City Hall
9    555 Santa Clara Street
     Vallejo, CA 94590
10   Telephone:  707.648-4545

11   Attorneys for Defendants CITY OF VALLEJO,
     KENNY PARK, MATHEW MUSTARD

12

13               **UNITED STATES DISTRICT COURT**

14               **EASTERN DISTRICT OF CALIFORNIA**

15

16   DENISE HUSKINS and AARON QUINN,     Case No. 2:16-cv-00603 TLN EFB

17            Plaintiffs,

18       vs.                        **ANSWER TO THE COMPLAINT; JURY DEMAND**

19   CITY OF VALLEJO, a public entity,
     KENNY PARK, MATHEW MUSTARD,
20   and DOES 1-25,

21            Defendants.

22

23

24        COME NOW Defendants CITY OF VALLEJO, KENNY PARK, and MATHEW

25   MUSTARD and in response to Plaintiffs' complaint on file herein, admit, deny and allege as

26   follows:

27        1.      In response to paragraph 1, defendants deny the allegations contained therein.

28        2.      In response to paragraphs 2-3, defendants are without sufficient knowledge or

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

ANSWER TO THE COMPLAINT; JURY DEMAND
Case No. 2:16-cv-00603 TLN EFB         1

information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

3.     In response to paragraph 4, defendants admit the allegations regarding the City, but deny that the VPD website states anything other than what the website states.

4.     In response to paragraph 5, defendants admit that Mathew Mustard is a detective with VPD and President of the Vallejo Police Officers Association, but deny the remaining allegations contained therein.

5.     In response to paragraph 6, defendants admit that Kenny Park is a lieutenant with VPD, but deny the remaining allegations contained therein.

6.     In response to paragraphs 7-8, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

7.     In response to paragraph 9, defendants deny the allegations contained therein.

8.     In response to paragraphs 10-11, defendants admit that jurisdiction and venue are proper based on the allegations in the complaint.

9.     In response to paragraphs 12-16, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

10.     In response to paragraphs 17-31, defendants deny the allegations contained therein.

11.     In response to paragraphs 32-39, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

12.     In response to paragraphs 40-41, defendants deny the allegations contained therein.

13.     In response to paragraphs 42-45, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

ANSWER TO THE COMPLAINT; JURY DEMAND
Case No. 2:16-cv-00603 TLN EFB                                    2

14.     In response to paragraphs 46-47, defendants deny the allegations contained therein.

15.     In response to paragraphs 48-50, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

16.     In response to paragraphs 51-52, defendants deny the allegations contained therein.

17.     In response to paragraphs 53-54, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

18.     In response to paragraphs 55-71, defendants deny the allegations contained therein.

19.     In response to paragraphs 72-77, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, deny the same.

20.     In response to paragraphs 78-79, defendants deny the allegations contained therein.

21.     In response to paragraph 80, defendants admit that the City apologized via letter, but deny the remaining allegations contained therein.

22.     In response to paragraph 81, defendants deny the allegations contained therein.

23.     In response to paragraphs 82-83, defendants admit that tort claims and notices of rejections were presented and served, but deny that the documents state anything other than what the documents state.

24.     In response to paragraph 84, defendants incorporate by reference their responses to paragraphs 1-83 of the complaint.

25.     In response to paragraphs 85-97, defendants deny the allegations contained therein.

26.     In response to paragraph 98, defendants incorporate by reference their responses to

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

ANSWER TO THE COMPLAINT; JURY DEMAND
Case No. 2:16-cv-00603 TLN EFB

3

1    paragraphs 1-97 of the complaint.

2          27.    In response to paragraphs 99-111, defendants deny the allegations contained

3    therein.

4          28.    In response to paragraph 112, defendants incorporate by reference their responses

5    to paragraphs 1-111 of the complaint.

6          29.    In response to paragraphs 113-118, defendants deny the allegations contained

7    therein.

8          30.    In response to paragraph 119, defendants incorporate by reference their responses

9    to paragraphs 1-118 of the complaint.

10         31.    In response to paragraphs 120-126, defendants deny the allegations contained

11   therein.

12         32.    In response to paragraph 127, defendants incorporate by reference their responses

13   to paragraphs 1-126 of the complaint.

14         33.    In response to paragraphs 128-136, defendants deny the allegations contained

15   therein.

16         34.    In response to paragraph 137, defendants incorporate by reference their responses

17   to paragraphs 1-136 of the complaint.

18         35.    In response to paragraphs 138-142, defendants deny the allegations contained

19   therein.

20   **AS FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSES,**

21   **DEFENDANTS ALLEGE AS FOLLOWS:**

22         36.    The complaint and each cause of action contained therein fails to allege facts

23   sufficient to state a claim against these answering defendants.

24         37.    Plaintiffs' alleged damages, if any there be, were caused by plaintiffs' failure to

25   mitigate those damages through the exercise of reasonable diligence.

26         38.    The complaint is barred by the Eleventh Amendment of the United States

27   Constitution.

28         39.    Plaintiffs were contributorily negligent with respect to the matters referred to in

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

ANSWER TO THE COMPLAINT; JURY DEMAND
Case No. 2:16-cv-00603 TLN EFB
    4

the complaint, and each negligence cause of action contained therein, which carelessness and negligence was the proximate cause of the alleged damages sustained, if any there be.

40.     Defendants Park and Mustard are shielded from liability by the doctrine of qualified immunity.

41.     In the events that plaintiffs recover a judgment against these answering defendants, request is made that any such liability be apportioned under equitable principles with that of any other defendant similarly held responsible to plaintiffs.

42.     Plaintiffs have not been deprived of any constitutionally protected interest.

43.     Plaintiffs' demand for recovery of punitive damages fails to state sufficient facts to constitute a basis upon which relief can be granted.

44.     Punitive damages as requested by plaintiffs are constitutionally improper by reason of the excessive fines and penalties clause, and cruel and unusual punishment provision, as well as the due process and equal protection clauses of the United States and California constitutions.

45.     Defendants allege that the truth of the offensive statements or communications is a complete defense to civil liability.

46.     Defendants allege that the alleged statements at issue were statements of opinion, not fact.

47.     Defendants allege that they are immune from liability for any state law causes of action herein pursuant to the provisions of California Government Code sections 810 through 996.6.

48.     Defendants allege that they are immune from liability for any state law causes of action herein pursuant to the provisions of California Government Code sections 815 and 815.2(b).

49.     Defendants allege that they are immune from liability for any state law causes of action pursuant to the provisions of California Government Code sections 820.4 and 815.2(b).

50.     Defendants allege that they are immune from liability for any state law causes of action pursuant to the provisions of California Government Code section 821.6 and 815.2(b).

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

ANSWER TO THE COMPLAINT; JURY DEMAND
Case No. 2:16-cv-00603 TLN EFB

5

51.    Defendants allege that they are immune from liability pursuant to the provisions of California Civil Code section 47 and Government Code section 815.2(b).

52.    Defendants allege that the Common Interest privilege set forth in California Civil Code section 47(c) applies.

53.    Defendants allege that they are immune from liability pursuant to the provisions of California Government Code sections 820.8 and 815.2(b).

54.    Defendants allege that state tort claims are barred by virtue of California Government Code sections 901, 911.2, 911.4 and 945.4.

55.    Defendants allege that liability for the amount of non-economic damages should be allocated to these answering defendants in direct proportion to their percentage of fault, if any, according to California Civil Code section 1431.1 et seq.

56.    Pursuant to California Government Code section 985, and/or *Hanif/Nishihama/Hovell*, defendants request that any judgment entered herein be reduced for collateral source payments paid or obligated to be paid for services or benefits that were provided prior to commencement of trial.

57.    Defendant reserves its right to pay any judgment in periodic payments pursuant to Govt. Code sections 984(d) and 985(d).

58.    These answering defendants allege that the complaint filed against them herein was not brought in good faith or with reasonable cause by plaintiffs.  In the event that defendants are granted summary judgment or non-suit dismissing them from the complaint herein, defendants request recovery of their costs of defense reasonably and necessarily incurred in defending this complaint against plaintiffs.  Pursuant to the terms and conditions of California Code of Civil Procedure section 1038, defendants therefore request that this Court render judgment in favor or defendants and against plaintiff in the amount of all reasonable and necessary defense costs incurred.

WHEREFORE, DEFENDANTS PRAY FOR JUDGMENT AS FOLLOWS:

a.    That the complaint on file herein and each cause of action therein contained be hence dismissed;

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

ANSWER TO THE COMPLAINT; JURY DEMAND
Case No. 2:16-cv-00603 TLN EFB

6

b.      That defendants be awarded costs of suit incurred herein, including attorneys' fees; and

c.      For such other and further relief as the Court deems fit and proper under the circumstances.

DATE:  July 19, 2017                    CREGGER & CHALFANT LLP


                                        /s/ Robert L. Chalfant
                                        ROBERT L. CHALFANT
                                        WENDY MOTOOKA
                                        Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD


**JURY DEMAND**

Defendants CITY OF VALLEJO, KENNY PARK, and MATHEW MUSTARD demand a jury trial.


DATE:  July 19, 2017                    CREGGER & CHALFANT LLP


                                        /s/ Robert L. Chalfant
                                        ROBERT L. CHALFANT
                                        WENDY MOTOOKA
                                        Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

ANSWER TO THE COMPLAINT; JURY DEMAND
Case No. 2:16-cv-00603 TLN EFB

7