CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email:  rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email:  wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email:  Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone:  707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN, | Case No. 2:16-cv-00603 TLN EFB |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that defendants CITY OF VALLEJO, KENNY PARK and MATHEW MUSTARD hereby appeal in the above-named case to the United States Court of Appeals for the Ninth Circuit from the order denying defendants' special motion to strike, entered in this action on July 5, 2017.

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF APPEAL
Case No. 2:16-cv-00603 TLN EFB

1

1

2 DATE:  August 3, 2017   CREGGER & CHALFANT LLP

3

4          /s/ Robert L. Chalfant
          ROBERT L. CHALFANT

5          WENDY MOTOOKA
          Attorneys for Defendants CITY OF VALLEJO,

6          KENNY PARK, MATHEW MUSTARD

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF APPEAL
Case No. 2:16-cv-00603 TLN EFB

2