CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No.<br><br>USDC Case No.: 2:16-cv-00603 TLN EFB<br><br>**REPRESENTATION STATEMENT** |

The undersigned represent CITY OF VALLEJO, KENNY PARK and MATHEW MUSTARD, defendants and appellants in this matter. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address, where appropriate. F.R.A.P. 12(b); Circuit Rule 3-2(b).

DATE: August 3, 2017

CREGGER & CHALFANT LLP

<u>/s/ Robert L. Chalfant</u>
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

# SERVICE LIST

Attorneys for Plaintiffs and Appellees DENISE HUSKINS and AARON QUINN
James M. Wagstaffe, SBN 95535
Kevin B. Clune, SBN 248681
Kenneth P. Nabity, SBN 287927
KERR & WAGSTAFFE, LLP
101 Mission Street, 18th Flr.
San Francisco, CA 94105-1727
Telephone:  415.371-8500
Facsimile:  415.371-0500
Emails:   wagstaffe@kerrwagstaffe.com
    clune@kerrwagstaffe.com
    nabity@kerrwagstaffe.com

Attorneys for Defendants and Appellants CITY OF VALLEJO, KENNY PARK and MATHEW MUSTARD
Robert L. Chalfant, SBN 203051
Wendy Motooka, SBN 233589
CREGGER & CHALFANT LLP
701 University Ave., Suite 110
Sacramento, CA 95825
Telephone:  916. 443-4443
Facsimile:  916.443-2124
Emails:   rlc@creggerlaw.com
    wm@creggerlaw.com

Claudia M. Quintana, SBN 178613
City Attorney
Kelly J. Trujillo, SBN 244286
Assistant City Attorney
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545
Emails:   Claudia.Quintana@cityofvallejo.com
    Kelly.Trujillo@cityofvallejo.net