UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**<u>DENISE HUSKINS, ET AL.,</u>**
    Plaintiff

  v.                                                                  **CASE NO. 2:16−CV−00603−TLN−EFB**

**<u>CITY OF VALLEJO, ET AL.,</u>**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **August 03, 2017** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 3, 2017

                                 **MARIANNE MATHERLY
CLERK OF COURT**

                            **by:** /s/ A. Kastilahn
                                Deputy Clerk