1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email:  rlc@creggerlaw.com
   WENDY MOTOOKA, SBN 233589
3  Email:  wm@creggerlaw.com
   701 University Avenue, Suite 110
4  Sacramento, CA 95825
   Telephone: 916.443-4443
5

6  CLAUDIA M. QUINTANA, SBN 178613
   City Attorney
7  KELLY J. TRUJILLO, SBN 244286
   Assistant City Attorney
8  Email:  Kelly.Trujillo@cityofvallejo.net
   City of Vallejo, City Hall
9  555 Santa Clara Street
   Vallejo, CA 94590
10 Telephone:  707.648-4545

11 Attorneys for Defendants CITY OF VALLEJO,
   KENNY PARK, MATHEW MUSTARD
12

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

16 DENISE HUSKINS and AARON QUINN,        Case No. 2:16-cv-00603 TLN EFB

17              Plaintiffs,

18     vs.                                 **STIPULATION TO STAY ALL
                                           PROCEEDINGS PENDING THE
19 CITY OF VALLEJO, a public entity,       OUTCOME ON APPEAL; [PROPOSED]
   KENNY PARK, MATHEW MUSTARD,             ORDER THEREON**
20 and DOES 1-25,

21              Defendants.

22

23       WHEREAS, plaintiffs filed the complaint in this action on March 22, 2016, and

24 defendants timely responded with a special motion to strike (California anti-SLAPP);

25       WHEREAS, the Court denied defendants' anti-SLAPP motion on July 5, 2017, and

26 defendants filed a timely notice of appeal;

27       WHEREAS, defendants' anti-SLAPP motion and the pending appeal do not address all

28 claims at issue in this action;

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO STAY PROCEEDINGS                    1
Case No. 2:16-cv-00603 TLN EFB

1    WHEREAS, issues to be decided on appeal may affect claims at issue that are not directly

2  challenged by the appeal;

3    WHEREAS, the parties therefore agree that judicial economy would be best served by

4  deferring further litigation on all claims until after the appeal resolves;

5    THEREFORE, the parties hereby stipulate, by and through their counsel of record, to the

6  following:

7    1.    That the Court stay all proceedings, deadlines, and discovery in this case pending

8  the outcome of defendants' appeal of the order denying the anti-SLAPP motion; and

9    2.    That responses to currently pending discovery be due within two weeks of the

10  Ninth Circuit's issuance of the mandate following the appeal, or at another time as agreed upon

11  by the parties.

12    IT IS SO STIPULATED.

13

14

15  DATE:  August 25, 2017              CREGGER & CHALFANT LLP

16

17                                     /s/ Robert L. Chalfant
                                       ROBERT L. CHALFANT
18                                     WENDY MOTOOKA
                                       Attorneys for Defendants CITY OF VALLEJO,
19                                     KENNY PARK, MATHEW MUSTARD

20

21
    DATE:  August 25, 2017              KERR & WAGSTAFFE LLP
22

23
                                       /s/ Kenneth Nabity (per authorization)
24                                     KENNETH NABITY, SBN: 287927
                                       Attorneys for Plaintiffs DENISE HUSKINS and
25                                     AARON QUINN

26

27

28

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO STAY PROCEEDINGS
Case No. 2:16-cv-00603 TLN EFB                    2

**[PROPOSED] ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. All proceedings, deadlines, and discovery in this case shall be stayed pending the outcome of defendants' appeal of the order denying the anti-SLAPP motion; and

2. All responses to currently pending discovery shall be due within two weeks of the Ninth Circuit's issuance of the mandate following the appeal, or at another time as agreed upon by the parties.

**IT IS SO ORDERED.**

DATE: _____          _____

TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO STAY PROCEEDINGS
Case No. 2:16-cv-00603 TLN EFB

3