CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

CLAUDIA M. QUINTANA, SBN 178613
City Attorney
KELLY J. TRUJILLO, SBN 244286
Assistant City Attorney
Email: Kelly.Trujillo@cityofvallejo.net
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Telephone: 707.648-4545

Attorneys for Defendants CITY OF VALLEJO,
KENNY PARK, MATHEW MUSTARD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603 TLN EFB<br><br>**STIPULATION TO STAY ALL PROCEEDINGS PENDING THE OUTCOME ON APPEAL; ORDER THEREON** |

WHEREAS, plaintiffs filed the complaint in this action on March 22, 2016, and defendants timely responded with a special motion to strike (California anti-SLAPP);

WHEREAS, the Court denied defendants' anti-SLAPP motion on July 5, 2017, and defendants filed a timely notice of appeal;

WHEREAS, defendants' anti-SLAPP motion and the pending appeal do not address all claims at issue in this action;

STIPULATION AND ORDER TO STAY PROCEEDINGS
Case No. 2:16-cv-00603 TLN EFB

1

WHEREAS, issues to be decided on appeal may affect claims at issue that are not directly challenged by the appeal;

WHEREAS, the parties therefore agree that judicial economy would be best served by deferring further litigation on all claims until after the appeal resolves;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, to the following:

1. That the Court stay all proceedings, deadlines, and discovery in this case pending the outcome of defendants' appeal of the order denying the anti-SLAPP motion; and

2. That responses to currently pending discovery be due within two weeks of the Ninth Circuit's issuance of the mandate following the appeal, or at another time as agreed upon by the parties.

IT IS SO STIPULATED.

DATE: August 25, 2017  CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

DATE: August 25, 2017  KERR & WAGSTAFFE LLP

/s/ Kenneth Nabity (per authorization)
KENNETH NABITY, SBN: 287927
Attorneys for Plaintiffs DENISE HUSKINS and AARON QUINN

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION AND ORDER TO STAY PROCEEDINGS
Case No. 2:16-cv-00603 TLN EFB

2

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1.  All proceedings, deadlines, and discovery in this case shall be stayed pending the outcome of defendants' appeal of the order denying the anti-SLAPP motion; and

2.  All responses to currently pending discovery shall be due within two weeks of the Ninth Circuit's issuance of the mandate following the appeal, or at another time as agreed upon by the parties.

**IT IS SO ORDERED.**

Dated: August 29, 2017

_____
Troy L. Nunley
United States District Judge

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION AND ORDER TO STAY PROCEEDINGS
Case No. 2:16-cv-00603 TLN EFB

3