FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN, | No. 17-16557 |
| Plaintiffs-Appellees, | D.C. No. 2:16-cv-00603-TLN-EFB |
| v. | Eastern District of California, Sacramento |
| CITY OF VALLEJO, a public entity; et al., | |
| Defendants-Appellants. | ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 11), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Kyungah Suk
Circuit Mediator

KS/Mediation