1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@kerrwagstaffe.com
2  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
3  San Francisco, CA 94105–1727
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiffs
   DENISE HUSKINS and AARON QUINN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HUSKINS and AARON QUINN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a public entity, KENNY PARK, MATHEW MUSTARD, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00603-TLN-EFB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)(1)(A)(ii))** |

# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

Date: April 19, 2018          **KERR & WAGSTAFFE LLP**

By: /s/ James M. Wagstaffe
JAMES M. WAGSTAFFE

Attorneys for Plaintiffs
DENISE HUSKINS and AARON QUINN


Date: April 19, 2018          **CREGGER & CHALFANT LLP**

By: /s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA

Attorneys for Defendants CITY OF VALLEJO, KENNY PARK, MATHEW MUSTARD

**ATTESTATION**

I, James M. Wagstaffe, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: April 19, 2018        **KERR & WAGSTAFFE LLP**

By: /s/ James M. Wagstaffe
JAMES M. WAGSTAFFE

Attorneys for Plaintiffs
DENISE HUSKINS and AARON QUINN